JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ERIC MOORE AND LORRAINE MOORE
403 W. Oak Avenue
Wildwood, NJ 08260

**(b)** County of Residence of First Listed Plaintiff    Cape May County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
Claims Worldwide LLC, 435 N. Main Street, Doylestown, PA 18901
Daniel W. Ballard, Esquire
dballard@claimsworldwide.com; Tel.: 215-230-0800

## DEFENDANTS
HARTFORD INSURANCE COMPANY OF THE MIDWEST
One Hartford Plaza
Hartford, CT 06115

County of Residence of First Listed Defendant    Hartford County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
National Flood Insurance Act of 1968, 42 U.S.C. §4001 et seq.
Brief description of cause:
Flood Damage

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____   DOCKET NUMBER _____

DATE  7/29/2014

SIGNATURE OF ATTORNEY OF RECORD  *Daniel Ballard*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ERIC MOORE AND LORRAINE MOORE<br>403 W. Oak Avenue<br>Wildwood, NJ 08260 | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: |
| | : | |
| HARTFORD INSURANCE COMPANY OF<br>THE MIDWEST<br>One Hartford Plaza<br>Hartford, CT 06115 | : | |

**CIVIL ACTION
COMPLAINT**

## I.   PARTIES

1.    Plaintiffs, Eric Moore and Lorraine Moore, are adult individuals residing at the address as set forth above.

2.    Defendant, Hartford Insurance Company of the Midwest, is a corporation duly organized and existing which is licensed to issue policies of flood insurance pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. §4001 et seq. and which did issue a flood policy, policy number 87048741292012, covering Plaintiffs' premises located at 403 W. Oak Avenue, Wildwood, NJ 08260.  Plaintiffs are not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

3.    At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees who were acting within the course and scope of their employment and on the business of said employer.

## II.    JURISDICTION

4.      Original exclusive jurisdiction is conferred upon this Court pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. §4001 et seq.

## III.    CAUSE OF ACTION AND DAMAGES

5.      On or about October 28, 2012, while the aforementioned flood policy of insurance was in full force and effect, Plaintiffs suffered sudden and accidental direct physical losses by flood resulting in serious damage to the insured premises to the extent set forth in the Estimate of Citiwide Adjusters, a true and correct copy of which is attached hereto, made part hereof, and marked as Exhibit "A".

6.      Notice of Plaintiffs' covered loss was given to Defendant in a timely manner and Plaintiffs have done and otherwise performed all things required of them under the policy of insurance issued by Defendant.

7.      Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiffs those benefits due and owing under said policy of insurance.

8.      Defendant has breached its contractual obligation to pay benefits to Plaintiffs for a loss covered under Defendant's policy of insurance.

9.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiffs as required under the aforementioned policy of insurance, Plaintiffs have suffered loss and damage in an amount in excess of $150,000.00.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess of $150,000.00 together with costs, damages for delay, attorney fees and expenses pursuant to 28 U.S.C. § 2412 and such other remedies as seen fit by this Court.

**CLAIMS WORLDWIDE, LLC.**

BY: _____

DANIEL W. BALLARD, ESQUIRE
dballard@claimsworldwide.com
435 North Main Street
Doylestown, PA 18901
215-230-0800
Attorney for Plaintiff

Date: July 29, 2014

EXHIBIT "A"

## Citiwide Adjusters                 *Supplement from Citiwide*

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998

|  |  |
|---|---|
| Client: | Eric Moore |
| Property: | 403 W Oak Ave |
|  | Wildwood , NJ 08260 |

| | |
|---|---|
| Operator Info: | |
| Operator: | CHRIS |

|  |  |  |  |
|---|---|---|---|
| Estimator: | Christopher Tartt | Business: | (267) 229-3849 |
| Company: | Citiwide Adjusters | | |
| Home: | 3600 Big Barn Lane | | |
| | Bensalem , PA 19020 | | |

|  |  |  |  |
|---|---|---|---|
| Type of Estimate: | Flood | | |
| Date Entered: | 2/4/2013 | Date Assigned: | |
| Date Est. Completed: | 2/4/2013 | Date Job Completed: | |

|  |  |
|---|---|
| Price List: | NJAC7X_NOV12 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | MOORE |

**Please note:**
*The following estimate is based on the current information available, the estimate is subject to change if new information is presented.*

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998

### MOORE

### Main Level



**Porch**                                                                       Height: 8'

| | |
|---|---|
| 340.33 SF Walls | 92.08 SF Ceiling |
| 432.42 SF Walls & Ceiling | 92.08 SF Floor |
| 10.23 SY Flooring | 42.08 LF Floor Perimeter |
| 44.83 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          2' 9" X 6' 8"          Opens into LIVING_ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1. Casing - 2 1/4" stain grade | 77.00 LF | 2.24 | 172.48 | (0.00) | 172.48 |
| 2. Crown molding - 3 1/4" | 44.83 LF | 2.77 | 124.18 | (0.00) | 124.18 |
| 3. Remove Crown molding - 2 1/4" | 44.83 LF | 0.50 | 22.42 | (0.00) | 22.42 |
| 4. Stain & finish casing | 77.00 LF | 1.02 | 78.54 | (0.00) | 78.54 |

There was paeling on all the walls. When you inspected the loss the paneling may have been removed. I have attached a photo for your review.

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 5. Stain & finish crown molding | 44.83 LF | 1.09 | 48.86 | (0.00) | 48.86 |
| **Totals: Porch** | | | **446.48** | **0.00** | **446.48** |



**Living Room**                                                                  Height: 8'

| | |
|---|---|
| 366.22 SF Walls | 154.42 SF Ceiling |
| 520.64 SF Walls & Ceiling | 154.42 SF Floor |
| 17.16 SY Flooring | 44.50 LF Floor Perimeter |
| 52.17 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          4' 11" X 6' 8"          Opens into DINING_ROOM
**Missing Wall - Goes to Floor**          2' 9" X 6' 8"          Opens into PORCH

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 6. R&R Casing - 2 1/4" | 24.00 LF | 2.12 | 50.88 | (0.00) | 50.88 |
| 7. Paint casing - two coats | 24.00 LF | 0.93 | 22.32 | (0.00) | 22.32 |
| **Totals: Living Room** | | | **73.20** | **0.00** | **73.20** |

### Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



**Dining Room**                                                                 Height: 8'

| | | |
|---|---|---|
| 317.78  SF Walls | | 120.78  SF Ceiling |
| 438.56  SF Walls & Ceiling | | 120.78  SF Floor |
| 13.42  SY Flooring | | 38.50  LF Floor Perimeter |
| 45.83  LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**          2' 5" X 6' 8"          Opens into LAUNDRY_ROOM
**Missing Wall - Goes to Floor**          4' 11" X 6' 8"         Opens into LIVING_ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 8. R&R Casing - 2 1/4" | 82.00 LF | 2.12 | 173.84 | (0.00) | 173.84 |
| 9. Paint casing - two coats | 82.00 LF | 0.93 | 76.26 | (0.00) | 76.26 |

This covers the door and window casing.
The walls were panneling not wallpaper.

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Dining Room** | | | **250.10** | **0.00** | **250.10** |



**Laundry Room**                                                                 Height: 8'

| | | |
|---|---|---|
| 245.11  SF Walls | | 75.00  SF Ceiling |
| 320.11  SF Walls & Ceiling | | 75.00  SF Floor |
| 8.33  SY Flooring | | 29.83  LF Floor Perimeter |
| 34.67  LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**          2' 5" X 6' 8"          Opens into KITCHEN
**Missing Wall - Goes to Floor**          2' 5" X 6' 8"          Opens into DINING_ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 10. R&R Dryer - Electric | 1.00 EA | 643.63 | 643.63 | (0.00) | 643.63 |
| 11. R&R Washer/Washing Machine - Top-loading | 1.00 EA | 607.25 | 607.25 | (0.00) | 607.25 |
| 12. R&R Casing - 2 1/4" | 12.00 LF | 2.12 | 25.44 | (0.00) | 25.44 |
| 13. FINISH CARPENTRY / TRIMWORK | 12.00 EA | 0.00 | 0.00 | (0.00) | 0.00 |

This covers the window.

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Laundry Room** | | | **1,276.32** | **0.00** | **1,276.32** |

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



**Bedroom 3**                                                                 Height: 8'

| | | |
|---|---|---|
| 304.00 SF Walls | 89.25 SF Ceiling | |
| 393.25 SF Walls & Ceiling | 89.25 SF Floor | |
| 9.92 SY Flooring | 38.00 LF Floor Perimeter | |
| 38.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 14. R&R Casing - 2 1/4" | 46.00 LF | 2.12 | 97.52 | (0.00) | 97.52 |
| 15. Paint casing - two coats | 46.00 LF | 0.93 | 42.78 | (0.00) | 42.78 |
| This covers the door and window casing. | | | | | |
| **Totals: Bedroom 3** | | | **140.30** | **0.00** | **140.30** |



**Bedroom 2**                                                                 Height: 8'

| | | |
|---|---|---|
| 296.00 SF Walls | 84.00 SF Ceiling | |
| 380.00 SF Walls & Ceiling | 84.00 SF Floor | |
| 9.33 SY Flooring | 37.00 LF Floor Perimeter | |
| 37.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 16. R&R Casing - 2 1/4" | 29.00 LF | 2.12 | 61.48 | (0.00) | 61.48 |
| 17. Paint casing - two coats | 29.00 LF | 0.93 | 26.97 | (0.00) | 26.97 |
| This covers the door and window casing. | | | | | |
| **Totals: Bedroom 2** | | | **88.45** | **0.00** | **88.45** |



**Bathroom**                                                                 Height: 8'

| | | |
|---|---|---|
| 240.00 SF Walls | 47.25 SF Ceiling | |
| 287.25 SF Walls & Ceiling | 47.25 SF Floor | |
| 5.25 SY Flooring | 30.00 LF Floor Perimeter | |
| 30.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 18. R&R Casing - 2 1/4" | 25.00 LF | 2.12 | 53.00 | (0.00) | 53.00 |
| 19. R&R Bath accessory | 4.00 EA | 29.26 | 117.04 | (0.00) | 117.04 |

MOORE                                                              2/4/2013        Page: 4

**Citiwide Adjusters**

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| This coverr  two towel bars toilt paper holder and a towel ring | | | | | |
| 20.  R&R Fiberglass tub surround only | 1.00 EA | 375.14 | 375.14 | (0.00) | 375.14 |
| **Totals:  Bathroom** | | | **545.18** | **0.00** | **545.18** |



Kitchen                                                                    Height: 8'

358.56  SF Walls                                    121.42  SF Ceiling
479.97  SF Walls & Ceiling                   121.42  SF Floor
13.49  SY Flooring                               44.42  LF Floor Perimeter
46.83  LF Ceil. Perimeter

Missing Wall - Goes to Floor            2' 5" X 6' 8"            Opens into LAUNDRY_ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 21.  R&R Casing - 2 1/4" | 63.00 LF | 2.12 | 133.56 | (0.00) | 133.56 |
| 22.  Paint casing - two coats | 63.00 LF | 0.93 | 58.59 | (0.00) | 58.59 |
| This covers the 3 door and window casing. | | | | | |
| **Totals:  Kitchen** | | | **192.15** | **0.00** | **192.15** |



Bedroom 1                                                                  Height: 8'

417.22  SF Walls                                    145.04  SF Ceiling
562.26  SF Walls & Ceiling                   145.04  SF Floor
16.12  SY Flooring                               52.15  LF Floor Perimeter
52.15  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 23.  R&R Casing - 2 1/4" | 65.00 LF | 2.12 | 137.80 | (0.00) | 137.80 |
| 24.  Paint casing - two coats | 65.00 LF | 0.93 | 60.45 | (0.00) | 60.45 |
| This covers the 2 door and 2 window casing. | | | | | |
| **Totals:  Bedroom 1** | | | **198.25** | **0.00** | **198.25** |

MOORE

**Citiwide Adjusters**

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998

| | | | | | |
|---|---|---|---|---|---|
| **Total: Main Level** | | | 3,210.43 | 0.00 | 3,210.43 |

### Exterior

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 25. R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 62.19 | 62.19 | (0.00) | 62.19 |
| This covers an exterior outlet at back of home | | | | | |
| 26. Sheathing - plywood - 1/2" CDX | 534.00 SF | 1.23 | 656.82 | (0.00) | 656.82 |
| The sheathing must be remove it was exposed to catagory three water. | | | | | |
| 27. Remove Sheathing - plywood - 1/2" CDX | 534.00 SF | 0.42 | 224.28 | (0.00) | 224.28 |
| 28. R&R House wrap (air/moisture barrier) | 534.00 SF | 0.30 | 160.20 | (0.00) | 160.20 |
| 29. Detach & Reset Exterior light fixture | 1.00 EA | 64.51 | 64.51 | (0.00) | 64.51 |
| The light is at the back of house near the door | | | | | |
| 30. Paint casing - two coats | 34.00 LF | 0.93 | 31.62 | (0.00) | 31.62 |
| This covers the door casings | | | | | |
| 31. Exterior - paint two coats | 1,068.00 SF | 0.76 | 811.68 | (0.00) | 811.68 |
| 32. Fiber cement lap siding - 12" | 1,174.00 SF | 3.15 | 3,698.10 | (0.00) | 3,698.10 |
| The siding is to ridged to detach and reset, it must be replaced. | | | | | |
| 33. Remove Fiber cement lap siding - 12" | 1,068.00 SF | 0.33 | 352.44 | (0.00) | 352.44 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals: Exterior** | | | 6,061.84 | 0.00 | 6,061.84 |
| **Line Item Subtotals: MOORE** | | | 9,272.27 | 0.00 | 9,272.27 |

### Adjustments for Base Service Charges

| | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 119.54 |
| Carpenter - General Framer | 97.22 |
| Electrician | 190.00 |
| Hardware Installer | 122.32 |
| Insulation Installer | 121.74 |
| Plumber | 200.00 |
| Painter | 103.96 |
| Siding Installer | 121.22 |
| Total Adjustments for Base Service Charges: | 1,076.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Line Item Totals: MOORE** | | | 10,348.27 | 0.00 | 10,348.27 |

MOORE

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,021.45 | SF Walls | 944.33 | SF Ceiling | 3,965.78 | SF Walls and Ceiling |
| 944.33 | SF Floor | 104.93 | SY Flooring | 373.51 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 398.51 | LF Ceil. Perimeter |
| | | | | | |
| 944.33 | Floor Area | 1,003.70 | Total Area | 3,021.45 | Interior Wall Area |
| 1,429.37 | Exterior Wall Area | 158.82 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

MOORE

2/4/2013        Page: 7

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998

### Summary

| | | | |
|---|---|---|---:|
| Line Item Total | | | 9,272.27 |
| Total Adjustments for Base Service Charges | | | 1,076.00 |
| Subtotal | | | 10,348.27 |
| Overhead | @ | 10.0% | 1,034.83 |
| Profit | @ | 10.0% | 1,034.83 |
| Total Tax(Rep-Maint) | @ | 7.000% | 869.22 |
| **Replacement Cost Value** | | | **$13,287.15** |
| **Net Claim** | | | **$13,287.15** |

Christopher Tartt

MOORE

2/4/2013        Page: 8

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



1     Risk                    Date Taken: 11/2/2012          Taken By: Christopher Tartt

MOORE

2/4/2013        Page: 9

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



2    Porch                          Date Taken: 11/2/2012              Taken By: Christopher Tartt

There is paneling on all wall and door & window casing

MOORE

2/4/2013        Page: 10

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



3      Dining Room          Date Taken: 11/2/2012        Taken By: Christopher Tartt
There was paneling on the dining room walls and casing on windows and doors.

MOORE

2/4/2013      Page: 11

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



4      Dining room                    Date Taken: 11/2/2012              Taken By: Christopher Tartt
There was paneling on the dining room walls and casing on windows and doors.

MOORE

2/4/2013        Page: 12

**Citiwide Adjusters**

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



5    Bedrom 3                    Date Taken: 11/2/2012
     There is casing on the window and doors                    Taken By: Christopher Tartt

MOORE

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



6    Laundry Room        Date Taken: 11/2/2012        Taken By: Christopher Tartt
The washer & dryer. There is casing on the window and doors

MOORE

2/4/2013        Page: 14

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



7        Laundry                    Date Taken: 11/2/2012              Taken By: Christopher Tartt
The washer & dryer. There is casing on the window and doors

MOORE

2/4/2013        Page: 15

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



8      Bedroom two              Date Taken: 11/2/2012           Taken By: Christopher Tartt
     There is casing on the window and doors

MOORE

2/4/2013      Page: 16

**Citiwide Adjusters**

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



9    Bathroom                    Date Taken: 11/2/2012
     Tub surround                                        Taken By: Christopher Tartt

MOORE

2/4/2013    Page: 17

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



10      Bathroom                    Date Taken: 11/2/2012            Taken By: Christopher Tartt
        Tub surround

MOORE

2/4/2013      Page: 18

**Citiwide Adjusters**

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



11      Bathroom
        Towel bars                      Date Taken: 11/2/2012           Taken By: Christopher Tartt

MOORE

2/4/2013      Page: 19

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



12      Kitchen                              Date Taken: 11/2/2012
There arc door and window casing                                    Taken By: Christopher Tartt

MOORE

2/4/2013          Page: 20

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



13      Bedroom 1
There are door and window casings

Date Taken: 11/2/2012          Taken By: Christopher Tartt

MOORE

2/4/2013     Page: 21

## Citiwide Adjusters

2720 B Rhawn street
Philadelphia Pa 19152
(215) 322-4998



14    Bedroom two
There are door and window casings

Date Taken: 11/2/2012          Taken By: Christopher Tartt

MOORE

Page: 23

Main Level

2/4/2013



Main Level

MOORE